[No. 47713-1-II. Division Two. December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER C. KENDRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00063-4, Philip K. Sorensen, J., entered June 18, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.

[No. 47764-5-II. Division Two. December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FRESNEL FRANCOIS WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03422-1, Kitty-Ann van Doorninck, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 47847-1-II. Division Two. December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSUE WOSBELY MALDONADO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00802-5, Brian M. Tollefson, J., entered July 10, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 47888-9-II. Division Two. December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEE NICKOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00281-8, James W. Lawler, J., entered August 7, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.